# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brenda Skeetebristol, | |
| Plaintiff, | CASE No: 1:17-cv-02037-ARR-ST |
| vs. | |
| | CIVIL ACTION |
| Advanced Call Center Technologies, LLC, | |
| Defendant(s). | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action with prejudice, without costs to either party.

Respectfully Submitted,

**Law Offices of Stuart Werbin**

Dated: May 9, 2017

By: /s/ *Stuart D. Werbin*
Stuart D. Werbin, Esq.
1615 Avenue I, Ste. 519
Brooklyn, NY 11230
Tel (646) 942-7464
Fax (347) 710-1015
swerbin@werbinlaw.com
*Attorneys for Plaintiff*